Bobby SERTON, Plaintiff–Appellant,

v.

Billy SOLLIE, Individually and as Sheriff of Lauderdale County, Mississippi; Doris Callahan, Individually and as Jail Administrator; Lauderdale County Board of Supervisors, Defendants–Appellees.

No. 05–60377.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 19, 2006.

James Alexander Williams, Meridian, MS, for Plaintiff–Appellant.

Lee Thaggard, Michael Wayne Strahan, Meridian, MS, for Defendants–Appellees.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.